IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00361-MEH

ANDREA R. THOMPSON,

      Plaintiff,

v.

AMANDA GUTHRIE,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 20, 2016.**

      Defendant's Unopposed Motion for Clarification [filed April 19, 2016; docket #21] is **granted** as follows.  Defendant may file her Answer or otherwise respond to Plaintiff's Complaint [*see* docket #1] **on or before June 13, 2016**.